# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Anastasia Fields**
        Plaintiff(s)

  vs.                          CASE NUMBER: 5:23-cv-637 (MJK)

**Martin J. O'Malley**
**Commissioner of Social Security**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER ON SOCIAL SECURITY APPEAL: ORDERED, that plaintiff's motion for judgment on the pleadings (Dkt. No. 9) be DENIED; and it is further ORDERED, that defendants motion for judgment on the pleadings (Dkt. No.16) be GRANTED; and it is further ORDERED, that the decision of the Commissioner be AFFIRMED, and Plaintiffs complaint (Dkt. 1) be DISMISSED.

All of the above pursuant to the order of the Honorable **Mitchell J. Katz**, dated April 22, 2024.

DATED: April 22, 2024

_John Domurad_
Clerk of Court

                                            s/Kathy Rogers
                                            Deputy Clerk